FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Aug 18, 2020

JAMES W. McCORMACK. CLERK
By: tammydowns D.C.
DEP CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROFEMUR HIP IMPLANT PRODUCTS
LIABILITY LITIGATION

MDL No. 2949

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 7, 2020, the Panel transferred 38 civil action(s) to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable Kristine G. Baker.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Baker.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of August 7, 2020, and, with the consent of that court, assigned to the Honorable Kristine G. Baker.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 18, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: PROFEMUR HIP IMPLANT PRODUCTS LIABILITY LITIGATION

MDL No. 2949

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALASKA** | | | |
| AK | 3 | 20−00125 | Johnson v. Microport Orthopedics, Inc |
| **ARIZONA** | | | |
| AZ | 2 | 19−01058 | Beck v. Wright Medical Technology Incorporated et al |
| AZ | 2 | 20−01375 | Kepler et al v. Wright Medical Technology Incorporated |
| AZ | 3 | 20−08134 | Shubin et al v. Wright Medical Technology Incorporated et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 18−07197 | Susan Bliss v. Wright Medical Technology, Inc. et al |
| CAC | 2 | 20−04749 | Timothy Sinskey et al v. Wright Medical Technology, Inc. |
| CAC | 5 | 20−01097 | Arie Groenendyk et al v. Wright Medical Technology, Inc. |
| CAC | 8 | 20−01302 | Ann L. Olver v. Wright Medical Technology Inc |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 20−01112 | Barlau et al v. Wright Medical Technology, Inc. |
| **FLORIDA MIDDLE** | | | |
| ~~FLM~~ | ~~8~~ | ~~20−00054~~ | ~~Hogan et al v. Wright Medical Technology, Inc.~~ Vacated 8/17/2020 |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 20−05519 | MORGAN et al v. WRIGHT MEDICAL TECHNOLOGY INC et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 20−00523 | Buenger et al v. Wright Medical Technology, Inc. et al |
| ILS | 3 | 20−00741 | Shafran et al v. Wright Medical Technology, Inc. |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 20−01290 | Gormley et al v. Wright Medical Technology, Inc., et al |
| MN | 0 | 20−01310 | Schulzetenberg v. Wright Medical Technology, Inc. |
| MN | 0 | 20−01632 | Loverud v. Wright Medical Technology, Inc. et al |

## MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 20−00817 | Kelly v. Wright Medical Technology, Inc. et al |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 20−00482 | MAHAN v. WRIGHT MEDICAL TECHNOLOGY, INC |

## TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 20−02394 | Dobbs et al v. Microport Orthopedics, Inc. et al |
| TNW | 2 | 20−02535 | Liston v. Wright Medical Group, N.V. et al |
| TNW | 2 | 20−02536 | Squier et al v. Wright Medical Group N.V. et al |