UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT PRODUCT LIABILITY LITIGATION | 4:20-md-2949 KGB |

## NOTICE OF APPEARANCE OF ERIN M. BOSMAN

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Erin M. Bosman of Morrison & Foerster LLP as counsel of record for and on behalf of Defendant MicroPort Orthopedics Inc. in the above-referenced action. Copies of all briefs, motions, orders, correspondence and other papers should be electronically served on the undersigned at EBosman@mofo.com.

Erin M. Bosman is licensed to practice in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before multiple United States District Courts, including for the Southern District of California.

Dated: December 31, 2020         MORRISON & FOERSTER LLP

By: Erin M. Bosman
Erin M. Bosman (CA Bar No. 204987)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100
Fax: (858) 720-5125
EBosman@mofo.com

Attorneys for Defendant
MICROPORT ORTHOPEDICS INC.

1

sf-4402572