UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE:  PROFEMUR HIP IMPLANT | ) | MDL No. 2949 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## ORDER

The Court will hold a telephone conference on March 25, 2021, at 1:30 p.m. Central Standard time in Courtroom 4D to follow-up on matters discussed during the status conference held on February 19, 2021.  During the February 19, 2021, status conference, the Court asked counsel to continue to confer and seek consensus regarding a discovery plan.  The parties are instructed to submit a joint position statement on this, as well as any other issues the parties intend to raise during the status conference, to the Court by March 22, 2021.  If the parties are unable to reach consensus to prepare and submit a joint position statement, the parties may each submit a statement to the Court by March 22, 2021.

So ordered this 2nd day of March, 2021.

_____
Kristine G. Baker
United States District Court Judge