UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | 4:20-md-02949-KGB<br><br>*This Document Relates To* :<br><br>*ALL CASES* |

## APPEARANCE OF COUNSEL

To: The clerk and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as additional counsel for Plaintiffs.

Date: April 15, 2021

                                              Respectfully submitted,

                                              WEITZ & LUXENBERG, P.C.

                                              Danielle M. Gold (Bar # 025282012)

                                              700 Broadway
                                              New York, New York 10003
                                              Phone:  212-558-5500
                                              Fax:      212-344-5461
                                              Email:   dgold@weitzlux.com

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, the foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/Danielle M. Gold