UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE:  PROFEMUR HIP IMPLANT | ) | 4:20-md-2949 KGB |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

**JOINT STATUS REPORT ON BEHALF OF PLAINTIFFS, MICROPORT, AND WRIGHT DEFENDANTS**

In accordance with the Court's January 20, 2022 Order, Dkt. #124, MDL Co-Lead Counsel for Plaintiffs, Counsel for Defendants Wright Medical Technology, Inc., and Wright Medical Group, Inc.[1] (the "Wright Defendants"), and Counsel for Defendant MicroPort Orthopedics Inc. ("MicroPort") file this Joint Status Report to confirm that the Parties today jointly submitted a confidential status update to the Court via e-mail regarding this multidistrict litigation *In re: PROFEMUR Hip Implant Prods. Liab. Litig.,* MDL No. 2949.

Dated:  February 17, 2023

Respectfully submitted,

*s/ Sean K. Burke, Esq.*
Sean K. Burke, Esq.
Bar Number (PA #206439)
Dana J. Ash, Esq.
Bar Number (PA #80043)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1197
Facsimile: 215.689.0844
SBurke@duanemorris.com
DJAsh@duanemorris.com

*Attorneys for Defendants Wright Medical Technology, Inc. and Wright Medical Group, Inc.*

---

[1] Wright Medical Group, Inc. ("WMG") does not waive, but specifically preserves, all personal jurisdiction defenses in joining this submission.

<u>s/ Julie Y Park, Esq.</u>
Erin M. Bosman
Bar Number (CA #204987)
Julie Y. Park
Bar Number (CA # 259929)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100
Fax: (858) 720-5125
EBosman@mofo.com
JuliePark@mofo.com

*Attorneys for Defendant*
*MicroPort Orthopedics Inc.*

<u>s/ N. Kirkland Pope, Esq.</u>
Kirkland Pope , Esq.
Pope McGlamry, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Telephone:  (404) 523-7706
Facsimile:   (404) 524-1648
kirkpope@pmkm.com
efile@pmkm.com

<u>/s/ George E. McLaughlin, Esq.</u>
George E. McLaughlin, Esq.
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206-1211
Telephone:  (720) 420-9800
Facsimile:   (303) 322-3423
gem@w-mcllf.com

*Attorneys for Plaintiffs*