IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: PROFEMUR HIP IMPLANT ) | MDL No. 2949 |
| PRODUCTS LIABILITY LITIGATION ) | ALL CASES |

**<u>JOINT REQUEST FOR EXTENSION TO SUBMIT STATUS REPORT ON BEHALF OF PLAINTIFFS, WRIGHT MEDICAL DEFENDANTS, AND MICROPORT</u>**

In connection with the Court's August 26, 2024 Order (Dkt. #137) (the "Order") requesting the Parties to provide a confidential Status Update recommending next steps in the MDL by September 13, 2024, MDL Co-Lead Counsel for Plaintiffs, Defendants Wright Medical Technology, Inc., and Wright Medical Group, Inc.[1] (the "Wright Defendants"), and MicroPort Orthopedics Inc. ("MicroPort," and collectively with Plaintiffs and the Wright Defendants, "the Parties"), hereby request a one-week extension to provide their Status Update, and state as follows:

The Parties have met and conferred to discuss the contents of the requested Status Update. Currently, the Parties are still involved in discussions regarding those proposed next steps subject to their Status Update. Given their progress and continuing good faith efforts to reach agreement on their proposals, the Parties respectfully request a one-week extension for their discussions to continue, and to provide the requested Status Update. This request is not for the purposes of delay, and no Party will be prejudiced by the requested extension.

---

[1] As raised with the Court previously, defendant Wright Medical Group, Inc. ("WMG") contests personal jurisdiction in the cases in which it is named, and accordingly, WMG does not waive, but specifically preserves, all personal jurisdiction defenses in joining this submission.

WHEREFORE, for good cause shown, the Parties respectfully request a one-week extension, until Friday, September 20, 2024, to submit their confidential Status Update per Dkt. #137.

SO ORDERED: _____

Hon. Kristine Baker

Respectfully Submitted, this 13th day of September, 2024:

/s/ N. Kirkland Pope
N. Kirkland Pope, Esq.
**Pope McGlamry, P.C.**
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Telephone: 404.523.7706
Facsimile: 404.524-1648
kirkpope@pmkm.com
efile@pmkm.com

George E. McLaughlin, Esq.
**McLaughlin Law Firm. P.C.**
1890 Gaylord Street
Denver, CO 80206-1211
Telephone: 720.420.9800
Facsimile: 303.322.3423
gem@mcllf.com

*Attorneys for Plaintiffs*

/s/ Sean K. Burke
Sean K. Burke, Esq.
Dana J. Ash, Esq.
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1197
Facsimile: 215.689.0844
SBurke@duanemorris.com
DJAsh@duanemorris.com

*Attorneys for Defendants Wright Medical Technology, Inc. and Wright Medical Group, Inc.*

s/ Julie Y. Park, Esq.
Erin M. Bosman
Bar Number (CA #204987)
Julie Y. Park
Bar Number (CA # 259929)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Tel: (858) 720-5100
Fax: (858) 720-5125
EBosman@mofo.com
JuliePark@mofo.com

*Attorneys for Defendant*
*MicroPort Orthopedics Inc*.

DM1\15706787.1