IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE:  PROFEMUR HIP IMPLANT ) | MDL No. 2949 |
| PRODUCTS LIABILITY LITIGATION ) | ALL CASES |

## ORDER

    Before the Court is the parties' joint request for extension to submit status report (Dkt. No. 140).  The parties request a one-week extension because of ongoing discussions regarding proposed next steps for the MDL moving forward.  For good cause shown, the Court grants the parties' request for extension to submit status report (Dkt. No. 140).  The time for the parties to submit their confidential status report is extended to, and including, September 20, 2024.

    It is so ordered this 16th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge