# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

IN RE: PROFEMUR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION

NO. 4:20-MD-02949-KGB

### CLERK'S MEMORANDUM TO THE FILE

All cases listed in the Conditional Transfer Order (CTO-23) entered by the U.S. Judicial Panel on Multidistrict Litigation and filed in the U.S. District Court for Eastern District of Arkansas (ARED) on September 23, 2024 have been received and opened as civil actions in as follows:

| **Original Court** | **Original Case Number** | **ARED Case Number** |
|---|---|---|
| District of Idaho | 1:24-cv-00373 | 4:24-cv-00895-KGB |

Dated this 16th day of October 2024.

TAMMY H. DOWNS
CLERK OF COURT

By:   Brady Hibbs
        Deputy Clerk