IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: PROFEMUR HIP IMPLANT ) | | MDL No. 2949 |
| PRODUCTS LIABILITY LITIGATION ) | | 4:20-md-2949 KGB |
| ) | | |
| ) | | This Document Relates To: |
| ) | | 4:24-cv-00895-KGB |

## ORDER SUGGESTING REMAND

Before the Court is the parties' joint motion to dismiss MDL No. 2949 to new claims and remand remaining claims. In the motion, in part, the parties ask that the Court remand all remaining claims in the MDL. As of the time of entry of this Order, only one case remains in MDL No. 2949 – *Schaapman v. Wright Medical Technology, Inc. et al.*, Case No. 4:24-cv-00895-KGB. No parties have opposed the motion to remand the remaining claims, and the time for doing so has passed. For the reasons stated below, the Court grants, in part, the joint motion to dismiss MDL No. 2949 to new claims and remand remaining claims (Dkt. No. 144), and the Court suggests remand of *Schaapman v. Wright Medical Technology, Inc. et al.*, Case No. 4:24-cv-00895-KGB, to the transferor court.

I.   **Background**

The Judicial Panel on Multidistrict Litigation ("JPML") has transferred to this Court for centralized pretrial proceedings actions that concern alleged defects in the Wright Medical and MicroPort Profemur line of modular hip implants, which were offered in titanium and cobalt chromium alloys (the "MDL"). Mr. Schaapman's case was among those transferred to the MDL pursuant to the JPML's conditional transfer order (CTO-23) dated September 23, 2024, from the United States District Court for the District of Idaho (Dkt. No. 23).

## II. Suggestion Of Remand

The parties state that Mr. Schaapman's claims can be handled efficiently by counsel outside of this MDL based on progress made to date within the MDL (Dkt. No. 144, at 2). The parties request that at this stage the matter be remanded back to the transferor court (*Id.*).

## III. Conclusion

The Court grants, in part, the joint motion to dismiss MDL No. 2949 to new claims and remand remaining claims (Dkt. No. 144). Based on the foregoing reasons and pursuant to Rule 10.1(b)(i) of the Rules of the JPML, the Court grants the parties' joint motion to remand the remaining claim in MDL No. 2949 and suggests that the JPML remand *Schaapman v. Wright Medical Technology, Inc. et al.*, Case No. 4:24-cv-00895-KGB, to the United States District Court, District of Idaho, for all further proceedings. The Clerk of the Court is directed to provide copies of this Order to the Clerk of the JPML and the clerks of the transferor district court.

The remaining requests in the parties' joint motion to dismiss MDL No. 2949, those not addressed in this Order, remain under advisement at this time.

So ordered this 20th day of March, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge