IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE:  PROFEMUR HIP IMPLANT | ) | MDL No. 2949 |
| PRODUCTS LIABILITY LITIGATION | ) | ALL CASES |

## ORDER

All matters having been resolved, it is hereby ordered that this multidistrict litigation is dismissed with prejudice.  The Clerk of the Court is directed to close the case and to provide a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

So ordered this 8th day of April, 2025.

Kristine G. Baker
Chief United States District Court Judge